# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-2321 MWF (MRW) | Date | February 2, 2018 |
|---|---|---|---|
| Title | Edwards v. Commissioner of Social Security | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**   ORDER TO SHOW CAUSE

   1.   This is a pro se appeal of an adverse Social Security benefits decision. According to the Court's scheduling order (Docket # 60), Plaintiff was required to file a brief in support of his claim within 35 days of the filing of the agency's answer with the Court.

   2.   That deadline passed on November 9, 2017 (35 days after October 5 agency submission). (Docket # 15.) Plaintiff failed to file his brief, and has not made any other submission to the Court since then. The Court observes that the government did not file any notice with the Court regarding Plaintiff's noncompliance with the scheduling order.

   3.   The parties are therefore ORDERED to show cause why the action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41 and this Court's previous order. Mr. Edwards and government counsel will each be required to submit a statement (not to exceed four pages) by February 16 explaining the status of the action and the reason for delay.

   4.   After reviewing the parties' submissions, the Court will issue an appropriate schedule or recommend that District Judge Fitzgerald dismiss the matter with prejudice.