# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

MICHAEL EDWARDS,

        Plaintiff,

        v.

NANCY BERRYHILL,
Acting Commissioner of Social
Security,

        Defendant.

Case No. CV 17-2321 MWF (MRW)

**ORDER DISMISSING ACTION WITH PREJUDICE**

The Court dismisses the action with prejudice for failure to prosecute and for failure to respond to Court orders.

\* \* \*

1.    This is a pro se social security appeal. Plaintiff Edwards challenges the denial of his application for Social Security disability benefits.

2.    According to the Court's scheduling order (Docket # 6), Plaintiff was required to file a brief in support of his claim within 35 days of the filing of the agency's answer with the Court. That deadline passed on November 9, 2017

(35 days after October 5 agency submission).  (Docket # 15.)  Plaintiff failed to file his brief, and has not made any other submission to the Court since then.

3.  On February 2, 2018, the Court (Magistrate Judge Wilner) issued an order to show cause why the action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41.  (Docket # 17.)  Plaintiff failed to file a timely response to the OSC.

4.  The government did file a comprehensive response to the order. (Docket # 18.)  The agency noted Plaintiff's further failure to participate in the litigation.  According to the response, Plaintiff did not send the government a settlement offer (as required by the Local Rules and this Court's procedural order) in September 2017.  Additionally, agency counsel sent Plaintiff a letter later that month reminding Plaintiff of his obligation to file a brief in this Court by November 2017.  (Docket # 18 at 2.)  The agency reports that Plaintiff "has not contacted counsel for Defendant, in response to her letter, or otherwise," since the commencement of the case.  (Id.)

* * *

5.  Rule 41(b) provides that if a plaintiff "fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."  Dismissal also may be ordered by the Court sua sponte.  Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962).  Dismissal of a civil action under Rule 41 may be appropriate to advance the public's interest in the expeditious resolution of litigation, the court's need to manage its docket, and to avoid the risk of prejudice to defendants.  Omstead v. Dell, Inc., 594 F. 3d 1081, 1084 (9th Cir. 2010).  Additionally, a court should consider the public policy favoring disposition of cases on their merits and the availability of less drastic alternatives in its evaluation.  Carey v. King, 856 F.2d 1439, 1440 (9th Cir. 1988).

6. In the present action, the Court finds dismissal is appropriate. Plaintiff did not respond to the Court's original order setting case deadlines and requiring him to file a brief in support of his appeal. Plaintiff also failed to respond to the Court's OSC – and the Court's warning that he risked dismissal of the action – when he missed that deadline. The Court also notes that Plaintiff failed to participate in required discussions with the government and apparently ignored the agency's good faith effort to advance the action. Plaintiff's failure to respond to the Court's orders and the government's inquiries demonstrates that he has no interest in advancing the action here. Omstead, 594 F. 3d at 1084.

7. By contrast, the Court, the defense, and the public have a strong interest in terminating this action. This is particularly true given that Plaintiff effectively abandoned his case by not responding to the Court's orders or serving the government with his arguments on the merits of her appeal. The Court finds that dismissal is appropriate under Rule 41(b) and Local Rule 41-6. Furthermore, because Plaintiff is a pro se litigant who did not abide by the Court's recent order, no sanction short of dismissal will be effective in moving this case forward. Carey, 856 F.2d at 1440.

8.    Accordingly, for the above reasons, this action is DISMISSED with prejudice.

IT IS SO ORDERED.


Dated: _____March 21, 2018_____                    _____

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE


Presented by:

_____

HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

4